```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 30507
   JUSTIN DAHLSTROM
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3647


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/07/05 and confirmed on 12/16/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  26735.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS    SECURED                .00           .00           .00
CITIBANK NA               UNSECURED       NOT FILED            .00           .00
CITIBANK NA               UNSECURED       NOT FILED            .00           .00
CITIBANK NA               UNSECURED       NOT FILED            .00           .00
DISCOVER BANK             UNSECURED         10155.88           .00      10155.88
JC PENNEY CO              UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED          8942.42           .00       8942.42
DAVID E GROCHOCINSKI ESQ  ORIGINAL ATTO     4165.00            .00       4165.00
        Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00      4165.00    19098.30         .00     23263.30
PRINCIPAL PAID           .00      4165.00    19098.30         .00     23263.30
INTEREST PAID            .00          .00         .00         .00          .00
TOTAL PAID               .00      4165.00    19098.30         .00     23263.30
The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $   1076.33 .

Refunds to the Debtor totaled $      1.37 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 01/10/08                     /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 30507 JUSTIN DAHLSTROM